UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:14-cv-60188-WJZ

THOMAS OHMSTEAD, individually,

    Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS LLC,
a foreign limited liability company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff THOMAS OHMSTEAD and Defendant DYNAMIC RECOVERY SOLUTIONS LLC hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff as against DYNAMIC RECOVERY SOLUTIONS LLC, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim against DYNAMIC RECOVERY SOLUTIONS LLC, and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 28th day of February, 2014.

                                                BRET L. LUSSKIN, Esq.
                                                *Attorney for Plaintiff*
                                                20803 Biscayne Blvd., Ste. 302
                                                Aventura, FL 33180
                                                Telephone: (954) 454-5841
                                                Facsimile: (954) 454-5844
                                                blusskin@lusskinlaw.com

                                                By: /s/ Bret L. Lusskin, Esq.
                                                      Bret L. Lusskin, Esq.
                                                      Florida Bar No. 280690

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of February, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste. 302
        Aventura, FL 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069